# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE:
BARBARA ANN CARNAZZA

CASE NO. 3:26-bk-01759-JAB
CHAPTER 13

Debtor(s).

______________________________________________

## OBJECTION TO CLAIM NO. 4 OF HYUNDAI LEASE TITLING TRUST D/B/A HYUNDAI CAPITAL AMERICA

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 300 North Hogan Street., Suite 3-150 Jacksonville, FL 32202 within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

Debtor, by and through the undersigned counsel, pursuant to 11 U.S.C. §502(b)(1), hereby objects to the Proof of Claim No. 4 filed by Hyundai Lease Titling Trust ("Creditor"). In support thereof, Debtor states as follows:

1. The Debtor filed a voluntary bankruptcy petition on April 21, 2026.

2. The §341 Meeting was concluded on June 1, 2026.

3. Creditor filed a purported Proof of Claim (Claim No. 4) (the "Claim") in the amount of $2,173.08 for an unsecured debt on June 24, 2026.

4. Debtor object to the current classification of the claim as unsecured debt because the claim is a secured debt based on a Lease Agreement contract currently being paid outside of the Plan secured by the Debtor's vehicle.

5. The claim should be amended to reflect the proper classification of secured debt.

WHEREFORE, Debtor respectfully requests that the Court: (1) Sustain Debtor's Objection to the Claim No. 4 of Hyundai Lease Titling Trust; (2) Classify the Claim as a secured debt being paid outside of the Plan; and (3) Grant any other such relief that the Court deems to be just and proper, including attorney's fees for bringing this objection.

Date: October 28, 2026.


**CONSUMER LAW ATTORNEYS**

By: */s/Young Kim*
Young Kim, Esq.
FBN: 122202
2727 Ulmerton Rd, Suite 270
Clearwater, FL 33762
Ph: 877-241-2200
Fax: 727-623-4611
ykim@consumerlawattorneys.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before October 28, 2026, a true and correct copy of the foregoing was served via CM/ECF to those parties registered to received electronic notice, by e-mail to the party listed below and by Certified Mail to those listed below:

*Via e-mail*:

Cheryl Dickerson, Bankruptcy Analyst; Cheryl.Dickerson@hcs.com

*Via First Class Mail*:

Cheryl Dickerson, Bankruptcy Analyst
Hyundai Capital America
PO Box 20809
Fountain Valley, CA 92728

Hyundai Capital America
c/o NRAI Services, Inc
1200 S. Pine Island Rd
Plantation, FL 33324

*Via Certified Mail*:

Hyundai Capital America
c/o James Drotman, CEO
3161 Michelson Drive, Suite 1900
Irvine, CA 92612

Hyundai Capital America
c/o Shinjae Roh, Director
111 Peters Canyon Road
Irvine, CA 92606

Douglas Neway, Trustee
PO Box 4308
Jacksonville, FL 32201

Barbara Ann Carnazza - Debtor
5657 Atala Avenue
The Villages, FL 32163

**CONSUMER LAW ATTORNEYS**

By: *<u>/s/Young Kim</u>*
Young Kim, Esq.
FBN: 122202
2727 Ulmerton Rd, Suite 270
Clearwater, FL 33762
Ph: 877-241-2200
Fax: 727-623-4611
ykim@consumerlawattorneys.com